STATE OF NEW JERSEY v. FRED REED.

September 5, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE THOMAS.

September 5, 1985.

Petition for certification denied.

ROBERT AYERS v. TOWNSHIP OF JACKSON.

September 5, 1985.

Petition for certification granted.   (See 202 *N.J.Super.* 106)

ROBERT AYERS v. TOWNSHIP OF JACKSON.

September 5, 1985.

Cross-petition for certification granted.   (See 202 *N.J.Super.* 106)